■ In the Matter of JAMES O. EVANS, Appellant, v. PAN AMERICAN WORLD AIRWAYS, INC., Respondent.— Orders entered on September 18, 1961 and October 6, 1961 unanimously affirmed, with $20 costs and disbursements to appellant. On any view the award was proper. It is not necessary therefore to reach the question of petitioner's standing in the arbitration. Appeal from

decision entered October 6, 1961 unanimously dismissed, without costs. Concur — Botein, P. J., Breitel, McNally, Stevens and Bergan, JJ. [19 A D 2d 703.]